MARGUERITE DWYER et al., Respondents, v. A. GRAHAM BIDDLE, Appellant.— In an action to recover damages for malpractice, order denying motion of defendant for a stay of the action until arbitration be had between the parties,

affirmed, with $10 costs and disbursements. There is no satisfactory showing of the existence of a reciprocally enforcible written contract of the parties containing the claimed arbitration clause. (Civ. Prac. Act, §§ 1449, 1451; *Matter of Silvers*, 14 N. Y. S. 2d 820, 822; *Matter of Tanenbaum Textile Co.* v. *Schlanger*, 287 N. Y. 400.) Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.